IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                        No. 4:10CR00228-03 JLH

RAY JOHNSON                                                  DEFENDANT

**ORDER**

On September 12, 2011, the Court sentenced Ray Johnson to time served to be followed by three years of supervised release with a special condition that Johnson spend the first six months of supervised release in the City of Faith residential re-entry center. The Court remanded Johnson to the custody of the United States Marshals Service until bed space would become available at the facility. It has come to the Court's attention that Johnson is still detained and has not been released to the City of Faith, apparently because of outstanding warrants. The Court directs the Marshal to release Johnson immediately and orders Johnson to report to the probation office upon release for further instruction regarding disposing of the outstanding warrants. The special condition that Johnson reside at the City of Faith for a period of six months is still imposed, but he will report to the City of Faith when directed to do so by the probation office.

IT IS SO ORDERED this 3rd day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE